KEKER & VAN NEST, LLP
R. JAMES SLAUGHTER - #192813
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiffs
ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC
PUBLISHING, INC.


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware Corporation, and ELECTRONIC ARTS MUSIC PUBLISHING, INC., a Delaware Corporation, | Case No.  C06-3403 JSW |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| GIANT PRODUCTIONS, a French Corporation, NAJIB MARC REGHAY, an individual, and ALEXANDRA BERTHET, an individual, | |
| Defendants. | |

374480.01

**PROOF OF SERVICE**
**Case No. C06-3403 JSW**

Dockets.Justia.com

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On June 5, 2006, I served the following document(s):

**WAIVER OF SERVICE OF SUMMONS ON GIANT PRODUCTIONS;**

**WAIVER OF SERVICE OF SUMMONS ON NAJIB MAC REGHAY;**

**WAIVER OF SERVICE OF SUMMONS ON ALEXANDRA BERTHET**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Béatrice Dubreuil
Association d'Avocats
121, Champs Elysées
75008 PARIS – FRANCE

Executed on June 5, 2006, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Maria S. Canales
MARIA S. CANALES

374480.01