| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | R. JAMES SLAUGHTER - #192813 |
| 2 | RYAN M. KENT - #220441 |
| | 710 Sansome Street |
| 3 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 4 | Facsimile:  (415) 397-7188 |
| 5 | Attorneys for Plaintiffs |
| | ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC |
| 6 | PUBLISHING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware Corporation, and ELECTRONIC ARTS MUSIC PUBLISHING, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GIANT PRODUCTIONS, a French Corporation, NAJIB MARC REGHAY, an individual, and ALEXANDRA BERTHET, an individual,<br><br>Defendants. | Case No.  C06-3403 JSW<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

380329.01

REQUEST FOR ENTRY OF DEFAULT
Case No. C06-3403 JSW

Dockets.Justia.com

TO:  THE CLERK OF THE ABOVE-TITLED COURT

Plaintiffs Electronic Arts Inc. and Electronic Arts Music Publishing, Inc. (collectively "EA") hereby request that the Clerk of the above-titled Court enter default in this matter against Defendants Giant Productions, Najib Reghay, and Alexandra Berthet on the grounds that Defendants have failed to respond to Plaintiffs' Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(B).

As evidenced by the E-filing docket sheet for this case, EA filed the Complaint on May 24, 2006.  EA elected to request waiver of service from Defendants, and thus, on May 26, 2006, sent through reliable means requests to waive service in accordance with Rule 4(d).  Each Defendant agreed to waive service and returned executed waivers of service.  EA filed those executed waivers on June 5, 2006.

Pursuant to Rule 4(d)(3), the Defendants had 90 days after the date on which the request for waiver of service was sent to respond.  Accordingly, Defendants should have filed a responsive pleading on or before August 25, 2006.  No such responsive pleading has been filed, and therefore EA requests the Clerk enter default in this matter.

The above-stated facts are set forth in the accompanying declaration of Ryan M. Kent, filed herewith.

                            Respectfully submitted,

DATED:  September 13, 2006                KEKER & VAN NEST, LLP


By: _____/s/ Ryan Kent_____
     Ryan M. Kent
     Attorneys for Plaintiffs
     ELECTRONIC ARTS, INC. and
     ELECTRONIC ARTS MUSIC
     PUBLISHING, INC.

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On September 13, 2006, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT**

☑  by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

> Béatrice Dubreuil
> Association d'Avocats
> 121, Champs Elysées
> 75008 PARIS – FRANCE

Executed on September 13, 2006, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Maureen L. Stone
MAUREEN L. STONE