**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 20, 2006

RE:  CV 06-03403 JSW          ELECTRONIC ARTS INC-v- GIANT PRODUCTIONS


Default is entered as to Najib Marc Reghay and Alexandra Berthet on September 20, 2006.



RICHARD W. WIEKING, Clerk

by Hilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89