KEKER & VAN NEST, LLP
R. JAMES SLAUGHTER - #192813
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiffs
ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware Corporation, and ELECTRONIC ARTS MUSIC PUBLISHING, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GIANT PRODUCTIONS, a French Corporation, NAJIB MARC REGHAY, an individual, and ALEXANDRA BERTHET, an individual,<br><br>Defendants. | Case No. C06-3403 JSW<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST GIANT PRODUCTIONS** |

TO:  THE CLERK OF THE ABOVE-TITLED COURT

Plaintiffs Electronic Arts Inc. and Electronic Arts Music Publishing, Inc. (collectively "EA") hereby request that the Clerk of the above-titled Court enter default in this matter against Defendant Giant Productions on the grounds that Giant Productions has failed to respond to Plaintiffs' Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(B).

As evidenced by the E-filing docket sheet for this case, EA filed the Complaint on May 24, 2006.  EA elected to request waiver of service from Giant Productions, and thus, on May 26, 2006, sent through reliable means a request to waive service in accordance with Rule 4(d).  Giant Productions agreed to waive service and returned an executed waiver of service.  EA filed that executed waiver on June 5, 2006.

Pursuant to Rule 4(d)(3), Giant Productions had 90 days after the date on which the request for waiver of service was sent to respond.  Accordingly, Giant Productions should have filed a responsive pleading on or before August 25, 2006.  No such responsive pleading has been filed, and therefore EA requests the Clerk enter default in this matter.

The above-stated facts are set forth in the accompanying declaration of Ryan M. Kent, filed herewith.

Respectfully submitted,

DATED:  September 21, 2006         KEKER & VAN NEST, LLP


By: _____/s/ Ryan Kent_____
Ryan M. Kent
Attorneys for Plaintiffs
ELECTRONIC ARTS, INC. and
ELECTRONIC ARTS MUSIC
PUBLISHING, INC.