KEKER & VAN NEST, LLP
R. JAMES SLAUGHTER - #192813
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiffs
ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware Corporation, and ELECTRONIC ARTS MUSIC PUBLISHING, INC., a Delaware Corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GIANT PRODUCTIONS, a French Corporation, NAJIB MARC REGHAY, an individual, and ALEXANDRA BERTHET, an individual,<br><br>                    Defendants. | Case No. C06-3403 JSW<br><br>**PROOF OF SERVICE** |

374480.01

**PROOF OF SERVICE**
**Case No. C06-3403 JSW**

1  PROOF OF SERVICE

2  I am employed in the City and County of San Francisco, State of California in the office of a
3  member of the bar of this court at whose direction the following service was made. I am over the
   age of eighteen years and not a party to the within action. My business address is Keker & Van
4  Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

5  On September 21, 2006, I served the following document(s):

6      **REQUEST FOR ENTRY OF DEFAULT AGAINST GIANT
       PRODUCTIONS;**

7
       **DECLARATION OF RYAN M. KENT IN SUPPORT OF REQUEST TO
8      ENTER DEFAULT AGAINST GIANT PRODUCTIONS**

9  by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as
10 shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for
   correspondence for delivery by FedEx Corporation. According to that practice, items are
11 retrieved daily by a FedEx Corporation employee for overnight delivery.

12 Béatrice Dubreuil
   Association d'Avocats
13 121, Champs Elysées
14 75008 PARIS – FRANCE

15 Executed on September 21, 2006, at San Francisco, California.

16 I declare under penalty of perjury under the laws of the State of California that the above is true
   and correct.
17

18
                       /s/ Maria S. Canales
19                     MARIA S. CANALES

20

21

22

23

24

25

26

27

28

374480.01

**PROOF OF SERVICE**
**Case No. C06-3403 JSW**