**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

September 22, 2006


RE:  <u>CV 06-03403 JSW</u>        <u>ELECTRONIC ARTS INC-v- GIANT PRODUCTIONS</u>


Default is entered as to Giant Productions on 9/22/06.




                        RICHARD W. WIEKING, Clerk


                        by<u>Hilary D. Jackson</u>
                        Case Systems Administrator




NDC TR-4  Rev. 3/89

Dockets.Justia.com