```
 1  KEKER & VAN NEST, LLP
    R. JAMES SLAUGHTER - #192813
 2  RYAN M. KENT - #220441
    710 Sansome Street
 3  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
 4  Facsimile: (415) 397-7188
 5
    Attorneys for Plaintiffs
 6  ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC
    PUBLISHING, INC.
 7
 8
                    UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11
12  ELECTRONIC ARTS INC., a Delaware      Case No. C06-3403 JSW
    Corporation, and ELECTRONIC ARTS
13  MUSIC PUBLISHING, INC., a Delaware    NOTICE OF ENTRY OF DEFAULT
    Corporation,
14
                    Plaintiffs,
15
         v.
16
    GIANT PRODUCTIONS, a French
17  Corporation, NAJIB MARC REGHAY, an
    individual, and ALEXANDRA BERTHET, an
18  individual,
19              Defendants.
```

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the Clerk entered default in this matter as to defendants Reghay and Berthet on September 20, 2006, and as to defendant Giant Productions on September 22, 2006. A copy of each default is attached hereto as Exhibit A.

Dated: September 22, 2006

KEKER & VAN NEST, LLP

By _____
R. James Slaughter

# EXHIBIT A

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 20, 2006

RE: CV 06-03403 JSW        ELECTRONIC ARTS INC-v- GIANT PRODUCTIONS

Default is entered as to Najib Marc Reghay and Alexandra Berthet on September 20, 2006.

RICHARD W. WIEKING, Clerk

byHilary D. Jackson
Case Systems Administrator

NDC TR-4 Rev. 3/89

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 22, 2006

RE: CV 06-03403 JSW    ELECTRONIC ARTS INC-v- GIANT PRODUCTIONS

Default is entered as to Giant Productions on 9/22/06.

RICHARD W. WIEKING, Clerk

byHilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On September 22, 2006, I served the following document(s):

**NOTICE OF ENTRY OF DEFAULT**

☑    by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

>   Béatrice Dubreuil
>   Association d'Avocats
>   121, Champs Elysées
>   75008 PARIS – FRANCE

Executed on September 22, 2006, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Maureen L. Stone
MAUREEN L. STONE