UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS INC

       Plaintiff(s),                       No. C 06-03403 JSW

     v.                                      **CLERK'S NOTICE**

GIANT PRODUCTIONS

       Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on December 29, 2006, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** September 29, 2006, in this matter. This continuance is to give Plaintiffs an opportunity to file a motion for default judgment.

                                                        Richard W. Wieking
                                                        Clerk, United States District Court

                                                        By:_____*Jennifer Ottolini*_____
                                                        Jennifer Ottolini, Deputy Clerk
                                                        Honorable Jeffrey S. White
                                                        (415) 522-4173

Dated: September 25, 2006