UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS INC

        Plaintiff(s),     No. C 06-03403 JSW

  v.     **CLERK'S NOTICE**

GIANT PRODUCTIONS

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on January 12, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** December 29, 2006, in this matter. The case management statement shall be due on or before January 5, 2007. The case management conference date will be vacated upon the filing of a Motion for Default Judgment.

        Richard W. Wieking
        Clerk, United States District Court

        By:____*Jennifer Ottolini*_____
        Jennifer Ottolini, Deputy Clerk
        Honorable Jeffrey S. White
        (415) 522-4173

Dated: November 21, 2006