KEKER & VAN NEST, LLP
R. JAMES SLAUGHTER - #192813
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiffs
ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware Corporation, and ELECTRONIC ARTS MUSIC PUBLISHING, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GIANT PRODUCTIONS, a French Corporation, NAJIB MARC REGHAY, an individual, and ALEXANDRA BERTHET, an individual,<br><br>Defendants. | Case No.  C06-3403 JSW<br><br>**[PROPOSED] DEFAULT JUDGMENT** |

WHEREAS, on May 24, 2006, Plaintiffs Electronic Arts Inc. and Electronic Arts Music Publishing, Inc. (collectively "EA") filed the Complaint against Defendants Giant Productions, Najib Reghay, and Alexandra Berthet.

WHEREAS, on May 26, 2006, EA sent through reliable means requests to waive service in accordance with Rule 4(d) to Defendants.

WHEREAS, each Defendant agreed to waive service and returned an executed waiver of service.

WHEREAS, more than six months have passed since EA filed its Complaint and no Defendant has yet filed a responsive pleading.

WHEREAS, the Clerk entered default in this matter as to defendants Reghay and Berthet on September 20, 2006, and as to defendant Giant Productions on September 22, 2006.

WHEREAS, this Court has entered default judgment in this matter against each Defendant.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiffs EA shall have judgment as follows:

1. Defendant Giant is required to indemnify and hold plaintiffs EA harmless against the claims asserted in the French Action as well as against any liabilities, losses, damages or expenses (including reasonable attorneys' fees and court costs) arising out of those claims;

2. Defendant Giant has breached the Synch License and Master License Agreements by refusing to indemnify or hold plaintiffs EA harmless against the claims asserted in the French Action;

3. Defendants Giant, Reghay, and Berthet, jointly and severally, must pay the attorneys' fees and costs from the date of this Judgment as such fees and costs are incurred by plaintiffs EA as a result of its defense of the claims asserted in the French Action;

4. Each of the Assignment of Copyright, the Synch License Agreement, and the Master License Agreement is valid and enforceable;

1    5.    Defendants Reghay and Berthet are permanently enjoined from proceeding in any
2  manner with the French Action; and
3    6.    Plaintiffs EA shall recover against defendants Giant, Reghay, and Berthet, jointly
4  and severally, in the amount of $35,528.30 plus post-judgment interest accruing at $4.77 per day.

Dated:  _____, 2006

_____
HONORABLE  JEFFREY S. WHITE