| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | R. JAMES SLAUGHTER - #192813 |
| 2 | RYAN M. KENT - #220441 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiffs
ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware Corporation, and ELECTRONIC ARTS MUSIC PUBLISHING, INC., a Delaware Corporation, | Case No. C06-3403 JSW |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| GIANT PRODUCTIONS, a French Corporation, NAJIB MARC REGHAY, an individual, and ALEXANDRA BERTHET, an individual, | |
| Defendants. | |

374480.01

**PROOF OF SERVICE**
**Case No. C06-3403 JSW**

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On December 8, 2006, I served the following document(s):

**[PROPOSED] DEFAULT JUDGMENT;**

**APPLICATION FOR DEFAULT JUDGMENT;**

**DECLARATION OF RYAN M. KENT IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Béatrice Dubreuil
Association d'Avocats
121, Champs Elysées
75008 PARIS – FRANCE

Executed on December 8, 2006, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                /s/ Maria S. Canales
                                                MARIA S. CANALES

| | | |
|---|---|---|
| Select | by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. | |
| Select | by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery. | |
| Select | by **FACSIMILE TRANSMISSION (IKON)**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. | |
| Select | by **FACSIMILE TRANSMISSION (PERSONAL)**, by transmitting via facsimile a true and correct copy on this date. The transmission was reported as complete and without error. | |
| Select | by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. | |
| Select | by **FACSIMILE TRANSMISSION (PERSONAL) AND UNITED STATES MAIL**, by transmitting via facsimile a true and correct copy on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. | |
| Select | by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from [MESSENGER COMPANY], whose address is [MESSENGER COMPANY ADDRESS], with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee. | |
| Select | by **PERSONAL DELIVERY,** by personally delivering a true and correct copy addressed as shown below. | |

374480.01

**PROOF OF SERVICE**
**Case No. C06-3403 JSW**