**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS, INC., et al.,

    Plaintiffs,

v.

GIANT PRODUCTIONS, et al.,

    Defendants.
    /

No. C 06-03403 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiffs Electronic Art, Inc. and Electronic Arts Music Publishing, Inc. against Defendants Giant Productions, Najib Marc Reghay and Alexandra Berthet, in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: December 8, 2006

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom