UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS, INC., et al. | No. C 06-3403 JSW (WDB) |
| Plaintiff, | CLERK'S NOTICE OF REFERRAL FOR REPORT AND RECOMMENDATION AND SETTING DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| GIANT PRODUCTIONS, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for a report and recommendation on Plaintiffs' Motion for Default Judgment. A hearing on Plaintiffs' Motion will be conducted before Magistrate Judge Brazil on **Wednesday, January 31, 2007, at <u>1:30 p.m.</u>** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. Defendants' Opposition is due no later than Wednesday, January 10, 2007. Any Reply by Plaintiffs is due no later than Wednesday, January 17, 2007.

Dated: December 12, 2006 Richard W. Wieking, Clerk
 United States District Court

 */s/ Sarah Weinstein*
 _____
 By: Sarah Weinstein
 Law Clerk/Deputy Clerk