UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS, INC., et al. | No. C 06-3403 JSW (WDB) |
| Plaintiff, | CLERK'S NOTICE OF NEW DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| GIANT PRODUCTIONS, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Wayne D. Brazil for a report and recommendation on Plaintiffs' Motion for Default Judgment. A hearing on Plaintiffs' Motion originally was set for Wednesday, January 31, 2007, at 1:30 p.m. That hearing now is continued to **Wednesday, February 7, 2007, at 3:00 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. Defendants' Opposition is due no later than Wednesday, January 17, 2007. Any Reply by Plaintiffs is due no later than Wednesday, January 24, 2007.

Dated: January 4, 2007

Richard W. Wieking, Clerk
United States District Court

*/s/ Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk

cc: Parties, JSW, WDB, Stats