UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS, INC., et al. | No. C 06-3403 JSW (WDB) |
| Plaintiff, | CLERK'S NOTICE OF NEW DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| GIANT PRODUCTIONS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Wayne D. Brazil for a report and recommendation on Plaintiffs' Motion for Default Judgment. A hearing on Plaintiffs' Motion is currently set for Wednesday, February 7, 2007, at 3:00 p.m. Upon Plaintiff's request, that hearing now is continued to **Wednesday, March 7, 2007, at 1:30 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612.

Dated: January 17, 2007

Richard W. Wieking, Clerk
United States District Court

*/s/ Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk

cc: Parties, JSW, WDB, Stats