UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS, INC., et al. | No. C 06-3403 JSW (WDB) |
| Plaintiff, | CLERK'S NOTICE OF NEW DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| GIANT PRODUCTIONS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Wayne D. Brazil for a report and recommendation on Plaintiffs' Motion for Default Judgment. A hearing on Plaintiffs' Motion is currently set for Wednesday, March 7, 2007, at 1:30 p.m. Upon Plaintiff's request, that hearing now is continued to **Wednesday, April 18, 2007, at 1:30 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612.

Dated:  February 16, 2007 Richard W. Wieking, Clerk
 United States District Court

 */s/ Sarah Weinstein*

 By:  Sarah Weinstein
 Law Clerk/Deputy Clerk

cc:  Parties, JSW, WDB, Stats