KEKER & VAN NEST, LLP
R. JAMES SLAUGHTER - #192813
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiffs
ELECTRONIC ARTS INC. and ELECTRONIC ARTS MUSIC PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware Corporation, and ELECTRONIC ARTS MUSIC PUBLISHING, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GIANT PRODUCTIONS, a French Corporation, NAJIB MARC REGHAY, an individual, and ALEXANDRA BERTHET, an individual,<br><br>Defendants. | Case No. C06-3403 JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>[Fed. R. Civ. P. 41(a)(1)] |

393714.01

NOTICE OF VOLUNTARY DISMISSAL
Case No. C06-3403 JSW

1  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Electronic Arts Inc. and Electronic Arts
2  Music Publishing, Inc. hereby voluntarily dismisses this action without prejudice.
3
4  DATED: April 18, 2007                KEKER & VAN NEST, LLP
5
6
7                                       By:    /s/ Ryan Kent
                                         Ryan M. Kent
8                                        Attorneys for Plaintiffs
                                         ELECTRONIC ARTS, INC. and
9                                        ELECTRONIC ARTS MUSIC
                                         PUBLISHING, INC.